UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael D. Storman, | No. 2:21-cv-00380 KJM AC PS |
| Plaintiff, | ORDER |
| v. | |
| Ca. Alta Regional Center, | |
| Defendants. | |

The court is in receipt of plaintiffs' notice of voluntary dismissal, ECF No. 6. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("document filed pro se is 'to be liberally construed'") (citations omitted). Accordingly, the magistrate judge's findings and recommendations, ECF No. 3, and plaintiff's request to proceed in formal pauperis, ECF No. 2, are denied as moot. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: June 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1